6-638656

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by RAL D.C.

MAR 1 5 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

----------------------------------------)
MAERSK INC., as agents for              )
A.P. MOLLER-MAERSK A/S,                 )
                                        )
                    Plaintiff,          )     CIVIL COMPLAINT
                                        )     IN ADMIRALTY
        - against -                     )
                                        )
ISLAND BAMBOO, INC.,                    )
                                        )
                    Defendant.          )
----------------------------------------)

Plaintiff, MAERSK INC., as agents for A.P. MOLLER-MAERSK A/S, by its attorneys WALTON LANTAFF SCHROEDER & CARSON, as and for its Complaint against defendant, ISLAND BAMBOO, INC., in personam, in a cause of action civil and maritime, alleges upon information and belief:

1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and the Shipping Act of 1984, as Amended, 46 U.S.C. App. Section 1701, et seq.

2. At all times hereinafter mentioned, plaintiff, MAERSK INC., as agents for A.P. MOLLER-MAERSK A/S was and still is a corporation organized and existing under the laws of the State of Delaware, with offices and a place of business at 9300 Arrowpoint Blvd., Charlotte, NC 28273.

3. Upon information and belief and at all times hereinafter mentioned, defendant had and now has the legal status and place of business at set forth in Schedule A.

4. On or about the dates and at the ports of shipment stated in Schedule A, certain goods were delivered to plaintiff to be carried to the ports of destination and at the agreed charges to be paid by defendant pursuant to plaintiff's published tariff, all as set forth in Schedule A.

5. Thereafter, the said goods were transported to the ports of destination and delivered to the defendant and/or its agents.

6. Plaintiff has duly performed all duties and obligations required to be performed by plaintiff.

7. Defendant has failed and refused and continues to fail and to refuse to remit payment of $1,477.00, although duly demanded.

8. By reason of the foregoing, plaintiff has sustained damages in the amount of $1,477.00 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of plaintiff's damages, together with interest thereon from the respective dates due, costs, disbursements, and reasonable attorney's fees.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing it to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: Miami, Florida
March 5, 2010

WALTON LANTAFF SCHROEDER & CARSON

By: *(signature)*
Lawrence D. Smith
Florida Bar No. 323594
Attorneys for Plaintiff
MAERSK INC., as agents for
A.P. MOLLER-MAERSK A/S
9350 Financial Centre
9350 South Dixie Highway, 10th Floor
Miami, FL 33156
(305) 671-1300

OF COUNSEL:
LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

## SCHEDULE A

I. Defendant's status & address:

    A. Upon information and belief and at all times hereinafter mentioned, defendant ISLAND BAMBOO, INC. was and still is a corporation organized and existing under the laws of the State of Florida, with offices and a place of business at 1362 S.E. 16th Avenue, Homestead, FL 33035.

II. Details of shipment(s):

    1. Bill of Lading No. 859091600, dated November 30, 2009, from Cebu City to Los Angeles on the Vessel MELL SAUJANA, one (1) twenty-foot container SAID TO CONTAIN: POLYVEEN FURNITURE & TOPS, at the applicable tariff and/or Service Contract rate of $1,477.00 (Exhibit A). Defendant's check no. 3885 of December 1, 2009, issued to obtain possession of the cargo, was dishonored by the bank due to Insufficient Funds.

Amount Paid: $0            Amount Due: $1,477.00

III. **TOTAL AMOUNT DUE: $1,477.00**

# MAERSK LINE

**NON-NEGOTIABLE WAYBILL**

SCAC MAEU
B/L No. 859091600

**Shipper**
LENBERT MANUFACTURING, INC.
CAMINO ROAD, CANDUMAN,
MANDAUE CITY, CEBU 6014
PHILIPPINES/TRANSCON CARGO HANDLING, INC.
S/C#: 259206

Booking No. 859091600

Export references

Svc Contract 259206

**Consignee**
ISLAND BAMBOO, INC.
1362 S.E. 16TH AVENUE
HOMESTEAD, FLORIDA 33035
TEL. NO. 1-305-2461399
ATTN.: MR. CHRISTOPHER IGNACIO

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis). To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

**Notify Party**
ISLAND BAMBOO, INC.
1362 S.E. 16TH AVENUE
HOMESTEAD, FLORIDA 33035
TEL. NO. 1-305-2461399
ATTN.: MR. CHRISTOPHER IGNACIO

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| MELL SAUJANA | 005N | |
| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Waybill |
| Cebu City | Los Angeles | |

**PARTICULARS FURNISHED BY SHIPPER**

Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No.

1 Container Said to Contain 67 PACKAGES

67 PCS./BOXES OF POLYTEEN FURNITURES & ...

MSKU554982... ML-PH... ... 20... Y 8'6  67 ...CK... ...S  2...0.0... KGS  2.000 CBM
FREIGHT COLLECT
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
CY/CY

Weight: 2500.000 KGS
Measurement: 32.0000 CBM

**FREIGHTED COPY**

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 862.00 | Per Container | USD | | 862.00 |
| Bunker Adjustment Factor | 25.00 | Per Container | USD | | 25.00 |
| Documentation Fee - Origin | 30.00 | Per Bill of Lading | USD | | 30.00 |
| Handling Charge - Origin | 110.00 | Per Container | USD | | 110.00 |
| Transport Arbitrary - Origin | 450.00 | Per Container | USD | | 450.00 |
| Total USD | | | USD | | 1477.00 |

| Carrier's Receipt. Total number of containers or packages received by Carrier. | Place of Issue of Waybill |
|---|---|
| 1 container | Cebu City |
| Shipped on Board Date (Local Time) | Date Issue of Waybill |
| 2009-11-01 | 2009-11-30 |

Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt"

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

EXHIBIT "A"

Signed for the Carrier A.P. Møller - Maersk trading as Maersk Line

MAERSK-FILIPINAS INC.



**EXHIBIT "B"**